UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS JACKSON,

    Plaintiff,

v.                                                 Case No. 06-cv-15274

COUNTY OF WASHTENAW,
EVERETTE ROBBINS and
JOHN DOE.

    Defendants.
_____/

## OPINION AND ORDER STRIKING PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The court is entering this order as a result of several failed attempts by Plaintiff Chris Jackson to properly file his response to Defendants' motion for summary judgment. Contact with the court's staff has remedied certain earlier deficiencies, but others remain in the most recent filing. First, the print of the pleading is pale and difficult to read. More importantly, Plaintiff's electronic filing incorrectly separates portions of his brief, as well as exhibits and their cover pages, into separate links within the electronic table of contents for the document. The unnecessarily numerous links are cumbersome for the court's viewing and printing of the pleading. The brief should be one link that encompasses the cover page, index of authorities, standard or review, statement of facts, argument and proof of service. Exhibits should be combined with their cover pages in one exhibit. *See* Rule 18 of Electronic Filing Policies and Procedures for the Eastern District of Michigan. Looking forward, the court believes that streamlined electronic docketing will have the salutary effect of judicial economy that will benefit

both the parties and the court. Plaintiff is encouraged to contact the court's staff with any questions about how to properly file his response. Accordingly,

IT IS ORDERED that Plaintiff's Responses to Defendant's Motion for Summary Judgment [Dkt. ## 24-25] are STRICKEN from the court's docket. Plaintiff shall properly file his response by **October 1, 2007**.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2007, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522