**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHRIS JACKSON,

    Plaintiff,

v.                                                  Case No. 06-CV-15274

EVERETTE ROBBINS,

    Defendant.
                                                    /

**ORDER FOR SUPPLEMENTAL BRIEFING**

The court will ask counsel for Defendant Everette Robbins to submit supplemental briefing to assist the court in its review of the December 3, 2007 "Bill of Costs." Specifically, the court has difficulty understanding how counsel expended an aggregate of 23.6 hours drafting a five-page reply brief. (10/5/07-10/8/07 Entries, Bill of Costs at Ex. 1.) This amount of time appears excessive, but counsel is invited to inform the court of any extraordinary circumstances or other considerations that would justify the claimed time. In particular, the court would benefit from a description of the comparative time expended upon Defendant's motion for summary judgment and an indication of what non-duplicative efforts would account for nearly three work-days for a short reply brief. Accordingly,

IT IS ORDERED that counsel for Defendant Everette Robbins submit, **no later than January 14, 2008,** supplemental briefing addressing the court's concerns as they are described above. The briefing may or may not include a modified bill of costs.[1]

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: December 21, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 21, 2007, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[1] The court will not consider any supplemental briefing or modified bill of costs as properly reimbursable under the court's award of sanctions.