**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHRIS JACKSON,

    Plaintiff,

v.                                      Case No. 06-CV-15274

EVERETTE ROBBINS,

    Defendant.
                                        /

**JUDGMENT FOR COSTS AND FEES**

In accordance with the "Opinion and Order Granting Defendant's 'Motion for Sanctions,'" entered on November 21, 2007, and the "Opinion and Order Setting Amount of Sanctions," entered on January 14, 2008,

IT IS ORDERED AND ADJUDGED that judgment is entered for counsel for Defendant Everette Robbins and against counsel for Plaintiff Chris Jackson in the amount of $5,347.82 (constituting legal costs of $736.32 and attorney fees of $4,611.50).  Dated at Detroit, Michigan, this January 14th, 2008.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                               BY: S/Lisa Wagner
                                   Lisa Wagner, Deputy Clerk
                                   and Case Manager to
                                   Judge Robert H. Cleland